# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**COURT MINUTES**
BEFORE: Dulce J. Foster
U.S. Magistrate Judge

United Natural Foods, Inc.,

        Plaintiff,

v.

Michael Macial,

        Defendant.

| | |
|---|---|
| Case No: | 24-cv-2610 (JRT/DJF) |
| Date: | January 15, 2026 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | N/A |
| Recording: | Zoom Recording |
| Time Commenced: | 2:30 P.M. |
| Time Concluded: | 3:06 P.M. |
| Time in Court: | 36 Minutes |

**APPEARANCES:**

    Plaintiff:    Primary Counsel – Melissa Watton
    Defendant:    Pro Se – Michael Maciel

**PROCEEDINGS:** The parties presented oral argument regarding Plaintiff's *Motion to Compel* (ECF No. 69) ("Motion").

Based on the Motion and supporting documents, and for the reasons stated on the record, the Court **GRANTED IN PART** and **DENIED IN PART** the Motion (ECF No. 69) as follows:

1. Defendant shall produce a privilege log pursuant to Fed. R. Civ. P. 26(b)(5)(A), or a statement confirming no such documents have been withheld, by **February 3, 2026**. Defendant need not log communications with counsel of record in this case.
2. Defendant must fully respond to Request for Admission #10 by **February 3, 2026**.
3. In response to Interrogatory #10 and Requests for Production #10 and #13, Defendant must produce reasonably detailed personal financial statements as of April 27, 2023 and the date of production by **February 3, 2026**.
4. In response to Interrogatory #11, Defendant must provide a written answer detailing all material responsive facts known to Defendant by **February 3, 2026**.
5. Defendant must produce all documents responsive to Requests for Production #14 and #15 that are in his possession, custody or control by **February 3, 2026**.
6. Plaintiff's request for attorney's fees is **DENIED**. The Court does not find award of fees to be substantially justified under Fed.R.Civ. P. 37(a)(5)(A) for the reasons stated on the record at the hearing.
7. Plaintiff's Motion as to Requests for Admission #4, # 7, and #8 and Requests for Production #2, #3, #7, #8, #9, #11, #16, and #19 is **DENIED AS MOOT**.

1

☐ ORDER TO BE ISSUED  ☒ **NO ORDER TO BE ISSUED**  ☐ R&R TO BE ISSUED  ☐ NO R&R TO BE ISSUED
☐ Exhibits retained by the Court  ☐ Exhibits returned to counsel

Date: January 15, 2026                    /s *William Chorba*
                                          Law Clerk